## UNITED STATES of America, Plaintiff–Appellee

v.

## Mario Tulio DE SANTIAGO–GUILLEN, also known as Marco De Santiago, also known as Marco Guillen–Desantiago, also known as Marco T. De Santiago, also known as Mario De Santiago–Guillen, Defendant–Appellant

No. 14–40514

United States Court of Appeals, Fifth Circuit.

Date Filed: 06/24/2016

Paula Camille Offenhauser, Renata Ann Gowie, Assistant U.S. Attorneys, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Michael Lance Herman, Margaret Christina Ling, Assistant Federal Public Defenders, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before WIENER, SOUTHWICK, and GRAVES, Circuit Judges.

## ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM: *

This case returns to us on remand from the Supreme Court, No. 15–6107, *Mario Tulio De Santiago–Guillen v. United States*, —— U.S. ——, 136 S.Ct. 1711, 194 L.Ed.2d 807 (2016). The Supreme Court vacated our affirmance of the district court's sentence of De Santiago–Guillen and remanded this case to us for further consideration in light of *Molina–Martinez v. United States*, —— U.S. ——, 136 S.Ct. 1338, 194 L.Ed.2d 444 (2016).

After further consideration, we VACATE the district court's sentence of De Santiago–Guillen and REMAND this case to the District Court for the Southern District of Texas for resentencing consistent with the opinion of the Supreme Court in *Molina–Martinez*.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.